UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANGEL ANDRES MATEUS GONZALEZ, A-240-326-401 | No.  1:26-cv-02778-DAD-DMC-HC |
| Petitioner, | ORDER |
| v. | |
| THOMAS GILES, et. al., | |
| Respondents. | |

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, specifically that Petitioner alleges that he was granted release on bond on March 12, 2026, and has remained detained despite paying the bond amount, the court has determined that the interests of justice require the appointment of counsel for Petitioner. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

///

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In light of Petitioner's appointment of counsel, Petitioner's counsel will be directed to file an amended petition within 14 days of the date of this order. Given Petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, Respondent will be directed to show cause why the writ should not be granted by filing an answer/return within 14 days of the filing of Petitioner's amended petition.  See 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer/return within 14 days after being served a copy of it.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      The Federal Defender is appointed to represent Petitioner.

2.      The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

3.      Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

4.      Petitioner shall file an amended petition within 14 days of the date of this order;

5.      Respondent is directed to file a response within 14 days of the filing of Petitioner's amended petition. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

6.      Petitioner's reply, if any, is due on or before 14 days from the date Respondent's response is filed.

7.      In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which

2

empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  April 16, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3