UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL ANDRES MATEUS
GONZALEZ,
A-240-326-401

           Petitioner,

    v.

THOMAS GILES, et. al.,

          Respondents.

No.  1:26-cv-02778-DAD-DMC-HC

ORDER

      Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion for an extension of time to file an amended petition.  See ECF No. 8.  Good cause appearing therefor, Petitioner's motion is granted and the amended petition filed on May 8, 2026, is deemed timely.  Pursuant to the Court's April 17, 2026, order, Respondents' response is due by May 22, 2026.

      IT IS SO ORDERED.

Dated:  May 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1