UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL ANDRES MATEUS GONZALEZ,
A-240-326-401

            Petitioner,

     v.

THOMAS GILES, et. al.,

            Respondents.

No.  1:26-cv-02778-DAD-DMC-HC

ORDER

     Petitioner, an immigration detainee represented by appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     Upon the appointment of counsel, Petitioner filed an amended petition. See ECF No. 9. The undersigned deemed the amended petition as timely and directed Respondents to file a response by May 22, 2026. See ECF No. 10. To date, Respondents have not filed a response.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, Respondents are ordered to show cause within three days of this order why the Court should not recommend granting the petition. Petitioner shall have 14 days from the date of Respondents' filing to file a response.

SO ORDERED.

Dated:  May 28, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2