UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGEL ANDRES MATEUS
GONZALEZ,

Petitioner,

v.

THOMAS GILES, et al.,

Respondents.

No. 1:26-cv-02778-DAD-DMC

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 1, 12, 14)

Petitioner Angel Andres Mateus Gonzalez is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending first amended petition for writ of habeas corpus[1] (Doc. No. 9) be granted.  Specifically, the magistrate judge found that petitioner's detention absent notice and a bond hearing violated due process and that the appropriate remedy is an order granting petitioner's immediate release and an injunction preventing petitioner's re-detention absent a hearing.  (*Id.* at 4–9.)  The pending findings and recommendations were served on the parties and

---

[1]  The assigned magistrate judge appointed counsel on April 17, 2026, with directions to file an amended petition.  (Doc. No. 4.)

1

contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 10.) On June 17, 2026, respondents filed objections in which they object for the same reasons advanced in their earlier filings. (Doc. No. 15 at 1.) These objections do not provide a basis upon which to reject the pending findings and recommendations. In addition, respondents request clarifying language regarding whether petitioner may be detained should he become subject to a final removal order. (*Id.* at 1–2.) The court incorporates and adopts the reasoning set forth in its prior order *Singh v. Chestnut, et al.*, No. 1:26-cv-01867-DAD-CSK, 2026 WL 1697065 (E.D. Cal. June 11, 2026) and finds that it is premature to consider theoretical future detention in the event that a removal order is entered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on June 15, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2.    Petitioner's first amended petition for writ of habeas corpus (Doc. No. 9) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Angel Andres Mateus Gonzalez, A-File No. 240-326-401, from respondents' custody on the same conditions, if any, he was subject prior to his most recent re-detention, and to return petitioner's property;

    b.    Respondents are ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances, unless they provide petitioner with at least seven (7) days' written notice and a pre-detention hearing before an immigration judge, at which hearing respondents will bear the burden of demonstrating that petitioner poses a flight risk or danger to the community by clear and convincing evidence;

3.    Respondents' motion to dismiss (Doc. No. 12) is hereby DENIED;

    4.      The Clerk of the Court is directed to serve a copy of this order on the Mesa Verde Processing Center; and

    5.      The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                                                                                  
DALE A. DROZD
UNITED STATES DISTRICT JUDGE